IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA A. STOPS,<br><br>Defendant. | Case No. CR-19-120-BLG-SPW<br><br>**ORDER VACATING TRIAL** |

Upon the Defendant's Unopposed Motion to Vacate Trial (Doc. 25), and for good cause appearing,

IT IS HEREBY ORDERED that the trial currently set for Monday, March 9, 2020, at 9:00 a.m., is **VACATED** to be reset upon the arrest of the Defendant, Joshua A. Stops. The time from the motion's filing on February 28, 2020, to the new trial date is excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(h)(3)(A).

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 2nd day of March, 2020.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1