# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA A. STOPS,<br><br>Defendant. | CR 19-120-BLG-SPW<br><br>**ORDER AMENDING<br>SCHEDULING DEADLINES** |

It has been brought to the Court's attention that the motion for change of plea deadline and the motion to continue deadline in the Court's Order (Doc. 37) of May 18, 2020 were incorrect. Therefore,

**IT IS HEREBY ORDERED** that the scheduling deadlines in the above-captioned case are amended as follows:

| | |
|---|---|
| Pretrial Motions Deadline, including motions in limine: | **June 15, 2020** |
| Motion for Change of Plea Deadline: | **July 6, 2020** |
| Jury Instructions, Trial Briefs, and Trial Notebooks Deadline: | **July 13, 2020** |

1

Notice of Intent to Use Real-Time,
Present Evidence Electronically or
Video Conferencing for Witnesses:                    **July 13, 2020**

***ANY MOTIONS TO CONTINUE***
***TRIAL* Deadline**[*] ***(In Order to Allow***
***the Jury Clerk Sufficient Time to Notify***
***Prospective Jurors); failure to comply***
***may subject counsel to sanctions.***          <u>**July 6, 2020**</u>

Plea Agreement Deadline:                          **48 hours prior to Change of
Plea hearing**


        The Clerk of Court is directed to notify the parties of the making of this
order.

        DATED this  /9th  day of May, 2020.

                                    SUSAN P. WATTERS
                                    UNITED STATES DISTRICT JUDGE

_____

        [*]All motions to continue filed by defense counsel must include a suggested
future date or time frame for the Court's use in resetting the trial.  In addition,
defense counsel is directed to notify the Court in the motion whether the defendant
is in custody.