IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 19-120-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA A. STOPS, | |
| Defendant | |

Upon the Defendant's Motion for Leave to File Document and Interview Under Seal (Doc. 64), and for good cause appearing,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED**. Defendant shall file under seal an unredacted transcript of a videotaped interview of Jane Doe.

**IT IS FURTHER ORDERED** that the Defendant shall conventionally file under seal a DVD-R with the videotaped interview. These documents shall only be viewed by the Court, Assistant United States Attorney, and defense counsel.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this _7th_ day of July, 2020.

SUSAN P. WATTERS
United States District Court Judge

1