

FILED

SEP 3 0 2020

Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES COURTS
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-120-BLG-SPW |
| Plaintiff, | ORDER EXCLUDING SPECTATORS DURING JURY SELECTION |
| vs. | |
| JOSHUA A. STOPS, | |
| Defendant. | |

Due to COVID-19 restrictions, the Court is unable to provide proper social distancing for any spectators during jury selection on October 5, 2020.

Accordingly, IT IS HEREBY ORDERED spectators will be excluded from jury selection on October 5, 2020.  Spectators will be permitted into the courthouse once the jury trial begins.

DATED this ___1st___ of October, 2020.

Susan P. Watters
United States District Judge