UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-19-120-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| JOSHUA A. STOPS, | |
| Defendant. | |

IT IS HEREBY ORDERED that treats, meals and/or lodging be provided for the jurors in the above entitled case.

DATED 5th day of October, 2020.

*Susan P. Watters*
Honorable Susan P. Watters
United States District Judge